

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00186-CV

Sonja **MULLERIN**,
Appellant

v.

Albert **URESTI**, in his official capacity as
Bexar County Tax Assessor Collector,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI05711
Honorable Norma Gonzales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MEZA

The Clerk of the Court is DIRECTED to restyle "Albert Uresti, Bexar County Tax Assessor Collector," to "Albert Uresti, in his official capacity as Bexar County Tax Assessor Collector."

In accordance with this court's opinion of this date, the "Order Granting Defendant Albert Uresti's First Plea to the Jurisdiction," signed on September 15, 2023, is AFFIRMED.

It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED July 9, 2025.

_____
Velia J. Meza, Justice